UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRIAN McMULLIN AND DAWN
McMULLIN, individually; and DAWN
McMULLIN, as Special Personal Representative
of the Estate of Garret Lee McMullin, Deceased                    PLAINTIFFS

v.                         CASE NO. 3:06-CV-00172 GTE

UNITED STATES OF AMERICA                                          DEFENDANT

## JUDGMENT

In accordance with the findings of fact and conclusions of law stated orally form the bench at the conclusion of the trial and the Supplementary Findings of Fact and Conclusions of Law entered of even date herewith, Judgment is entered as follows:

    A.    For Dawn McMullin as Special Personal Representative of the Estate of Garret Lee McMullin, deceased, under Arkansas' Survival Statute:

        1.    Reasonable medical expenses, $102,195.85;

        2.    Funeral expenses, $1,480.35;

        3.    Grave marker, $1,230.86;

        4.    Garret's conscious pain and suffering and mental anguish $10,000.00;

        5.    Loss-of-life damages for the value of Garret's life, $600,000.00.

    B.    For past and future mental anguish of Dawn and Brian McMullin under Arkansas' Wrongful Death Statute:

        1.    For Dawn McMullin, $900,000.00;

    2. For Brian McMullin, $800,000.00.

 IT IS FURTHER ORDERED that Plaintiffs' receive their costs expended and interest on the above sums at the rate of 4.24% per annum until paid.

 Dated this 19th day of October, 2007.

              /s/Garnett Thomas Eisele
              UNITED STATES DISTRICT JUDGE